**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 25, 2012

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Reizes v. Accounts**
   **12 CV 2518 (CBA) (RML)**

Dear Magistrate Judge Levy:

I represent the plaintiff in the above matter.  Please be advised that the above matter has been resolved.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Sergio Alves, Esq.