UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MENDEL REIZES, on behalf of himself
and all similarly situated consumers,

        Plaintiff,

- against -

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

        Defendant.

---

Case No. 1:12-cv-2518-CBA-RML

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 0 2013 ★
BROOKLYN OFFICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against ACCOUNTS RECEIVABLE MANAGEMENT, INC., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other.

Dated: Valhalla, New York
       February 19, 2013

/s/ Adam J. Fishbein
_____
Adam J. Fishbein
Attorney at Law
Attorney for Plaintiff
MENDEL REIZES
483 Chestnut Street
Cedarhurst, New York 11516
Phone: (516) 791-4400
Fax: (516) 791-4411
Email: fishbeinadamj@gmail.com

/s/ Sergio Alves
_____
Sergio Alves
KAUFMAN BORGEEST & RYAN LLP
Attorneys for Defendant
ACCOUNTS RECEIVABLE
MANAGEMENT, INC.
200 Summit Lake Drive
Valhalla, New York 10595
Phone: (914) 449-1000
Fax: (914) 449-1100
Email: salves@kbrlaw.com

SO ORDERED, 2/20/13

s/Carol Bagley Amon
_____
UNITED STATES DISTRICT JUDGE

2123714